**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand twenty-six.

_____

| | |
|---|---|
| Elierky Gonzalez Ramos, | **ORDER** |
| | Docket No. 26-923 |
| Petitioner - Appellant, | |
| v. | |
| Philip Rhoney, Tammy Marich, Todd Lyons, Markwayne Mullin, | |
| Respondents - Appellees. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court